UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 3:21-cr-00124 |
| DARION LEMONT THOMAS, | ) ) ) |
| Defendant. | ) |

### REPORT AND RECOMMENDATION CONCERNING
### MOTION TO WITHDRAW DECEMBER 19, 2022, PLEA OF GUILTY

On December 19, 2022, the Defendant entered a plea of guilty to Count 1 and Count 2 of the Indictment, pursuant to a plea agreement. Dkt. 67. The undersigned entered a report and recommendation the same date, recommending Defendant's guilty pleas be accepted. Dkt. 69. On January 3, 2023, the Honorable Judge Stephen Locher adopted the report and recommendation, accepting Defendant's pleas of guilty. Dkt. 71. On February 27, 2023, the parties appeared again before the undersigned for the entry of guilty pleas pursuant to an amended plea agreement. Dkt. 74. On the record, the parties explained the prior guilty pleas involved an incorrect drug quantity and the amended plea agreement addressed that issue, with the Defendant intending to plead to a lesser included offense. Accordingly, prior to proceeding to a plea hearing as to the amended plea agreement, Defendant moved to withdraw his December 19, 2022 pleas pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B). The government stated no position as to this request.

I determine that, for the reasons stated on the record, the Defendant has shown a fair and just reason for requesting the withdrawal of his pleas of guilty pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B). Namely, the previous plea was entered as to an incorrect drug quantity - a crime the Defendant did not commit, and due to the amended plea agreement. I, therefore, recommend the motion be granted and the pleas of guilty entered on December 19, 2022, be withdrawn accordingly.

_____February 28, 2023_____   _____
Date                             STEPHEN B. JACKSON, JR.
                                 UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.   28 U.S.C. 636(b)(1)(B).